19, 1934. *Per Curiam:* The motion of appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Milheim* v. *Moffat Tunnel District,* 262 U. S. 710, 717–721; *Rindge Co.* v. *Los Angeles,* 262 U. S. 700, 705–708; *Olcott* v. *The Supervisors,* 16 Wall. 678, 694–698; *Pine Grove* v. *Talcott,* 19 Wall. 666, 676–677. *Mr. Carl A. Hiaasen* for appellants. *Mr. Charles A. Carroll* for appellees.

No. —, original. Ex parte Wood. November 19, 1934. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. G. C. Wood, pro se.*

No. 435. Wishnatzki & Nathel et al. *v.* Railway Express Agency, Inc., et al.

Jurisdictional statement submitted November 17, 1934. Decided December 3, 1934. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Judicial Code, § 238 (4) as amended by the Act of February 13, 1925 (43 Stat. 936, 938). *Pittsburgh & West Virginia Ry. Co.* v. *United States,* 281 U. S. 479, 486, 488; *Standard Oil Co.* (*Indiana*) v. *United States,* 283 U. S. 235, 241. *Mr. Bernard H. Arnold* for appellants. *Mr. Albert M. Hartung* for American Railway Express Agency, Inc., appellee. *Messrs. Elmer B. Collins, Nelson Thomas,* and *Daniel W. Knowlton* for the United States and Interstate Commerce Commission, appellees.

No. 9. Rowley, Treasurer, *v.* Chicago & Northwestern Railway Co. December 3, 1934. Ordered that in this cause the opinion announced November 5, 1934 be and hereby it is amended by inserting at the end and